UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

SHELTON BEAMAN,

                        Plaintiff,

           -against-

UNITED STATES OF AMERICA,

                   Defendants.

----------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: _____2/4/2021_____ |

20-CV-309 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      On February 3, 2021, the parties appeared before me for a telephonic conference to discuss why Plaintiff has not engaged in discovery, and whether he intends to prosecute his claim.  Plaintiff requested adjournment.  Accordingly, it is hereby:

      ORDERED the parties shall appear before me for a telephonic conference on February 5, 2021 at 1:00 p.m.  The parties shall enter the conference by dialing 1-888-363-4749 and entering access code 2682448.

SO ORDERED.

Dated: February 4, 2021
      New York, New York

                                Vernon S. Broderick
                                United States District Judge