UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
SHELTON BEAMAN,                                        :
                                                       :
                              Plaintiff,               :
                                                       :                20-CV-309 (VSB)
              - against -                               :
                                                       :                **ORDER**
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
                              Defendant.    :
                                                       :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Plaintiff's "Refined Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6)" dated November 28, 2025, (Doc. 37), filed over four and a half years after my April 26, 2021 Opinion & Order dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, (Doc. 34).  On December 5, 2025, the Government filed a response in opposition to Plaintiff's Rule 60(b)(6) motion.  (Doc. 38.)  Plaintiff's reply in support of his Rule 60(b)(6) motion was thus due on December 12, 2025.  Local Civ. R. 6.1(b).  To date, however, Plaintiff has not filed a reply or sought an extension of time to file a reply.  Accordingly, Plaintiff shall file a reply, if any, by **January 12, 2026**.  If Plaintiff fails to file a reply by January 12, 2026, I will consider the Rule 60(b)(6) motion fully briefed.

SO ORDERED.

Dated:     January 2, 2026
           New York, New York

VERNON S. BRODERICK
United States District Judge