UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                    :

SHELTON BEAMAN,             :
                    :

            Plaintiff,   :
                    :              20-CV-309 (VSB)

       - against -    :
                    :              **<u>ORDER</u>**
                    :

UNITED STATES OF AMERICA,  :
                    :

           Defendant.  :
                    :
--------------------------------------------------------X
<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's "Refined Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6)" dated November 28, 2025, (Doc. 37), filed over four and a half years after my April 26, 2021 Opinion & Order dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, (Doc. 34).  On December 5, 2025, the Government filed a response in opposition to Plaintiff's Rule 60(b)(6) motion.  (Doc. 38.)  Plaintiff's reply in support of his Rule 60(b)(6) motion was thus due on December 12, 2025.  Local Civ. R. 6.1(b).  On January 2, 2026, I ordered Plaintiff to file a reply, if any, by January 12, 2026.  (Doc. 39.)  To date, however, Plaintiff has not filed a reply or sought an extension of time to file a reply.

      On January 6, 2026, the Clerk's Office mailed my January 12, 2026 order to Plaintiff at the address listed for him on the docket:  89-25 Parsons Boulevard, Queens, New York 11432.  However, it appears that the mail was returned as undeliverable on February 6, 2026.  The address that Plaintiff listed in the signature block of his 60(b)(6) motion is different than the one currently listed on the docket—20 Beacon Way # M-801 Jersey City, New Jersey 07304—and

may be Plaintiff's new address.  Accordingly, it is hereby:

ORDRED that I extend Plaintiff's time to file a reply *nunc pro tunc*, if any, by **March 25, 2026**.  If Plaintiff fails to file a reply by **March 25, 2026**, I will consider the Rule 60(b)(6) motion fully briefed.

IT IS FURTHER ORDERED that the Clerk's Office mail a copy of this order to Plaintiff at 20 Beacon Way # M-801 Jersey City, New Jersey 07304.

SO ORDERED.

Dated:     March 10, 2026
           New York, New York

VERNON S. BRODERICK
United States District Judge

2